```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
   UNITED STATES OF AMERICA,                  :
                            Plaintiff,        :
                                              :        13 Cr. 774 (LGS)
              -against-                       :
                                              :           ORDER
   OLGA KHARUK,                               :
                            Defendant.        :
                                              :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated May 12, 2020, directed the parties to file a joint status letter by July 28, 2020;

WHEREAS, no status letter has been filed.  It is hereby

**ORDERED** that the parties shall file a status letter as soon as possible but no later than **July 31, 2020**, at **noon**.

Dated: July 29, 2020
New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**