UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                            :

UNITED STATES OF AMERICA          :
                                  Plaintiff,   :
                                              :           13 Cr. 774 (LGS)
             -against-                 :
                                              :          ORDER AMENDING
OLGA KHARUK,                             :            PRESENTENCE
                                Defendant,  :         INVESTIGATION
-------------------------------------------------------------X          REPORT

LORNA G. SCHOFIELD, District Judge:

       As discussed at the sentencing of Defendant Olga Kharuk on February 25, 2021, it is hereby **ORDERED** that the Presentence Investigation Report, last revised on November 16, 2020, is amended as follows:

1) Paragraph 144 shall be amended to remove any reference to the property at 27 Pamela Ln., Staten Island, as an asset or liability of the Defendant.

2) A copy of this Order shall be appended to all copies of the Presentence Investigation Report and made a part thereof.

Dated: February 25, 2021
New York, New York

                                                                  LORNA G. SCHOFIELD
                                                      UNITED STATES DISTRICT JUDGE